JEFFREY B. MARGULIES, BAR NO. 126002
STEPHANIE A. STROUP, BAR NO. 235071
MATTHEW M. GURVITZ, BAR NO. 272895
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jmargulies@fulbright.com
sstroup@fulbright.com
mgurvitz@fulbright.com

Attorneys for Defendant
BENJAMIN MOORE & CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE SWAY, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO., a New Jersey Corporation,<br><br>Defendant. | Civil Action No.  2:11-CV-08895-PA (MRWx)<br><br><u>CLASS ACTION</u><br><br>[**PROPOSED**] **PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

<u>ORDER</u>

Having considered the foregoing Stipulation, and good cause appearing therefor, the exchange of confidential and/or confidential-restricted information and discovery in the above-captioned action shall be made in accordance with the terms of the Stipulation for Protective Order Regarding Confidential Information.

**NOTE:** Any challenge presented to the Court under paragraph 17 of the Protective Order shall comply with the joint filing format specified in Local Civil Rule 37.

**IT IS SO ORDERED.**

Dated:  November 29, 2011

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE