JEFFREY B. MARGULIES, BAR NO. 126002
STEPHANIE A. STROUP, BAR NO. 235071
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jmargulies@fulbright.com
sstroup@fulbright.com

Attorneys for Defendant
BENJAMIN MOORE & CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE SWAY, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO., a New Jersey Corporation,<br><br>Defendant. | Civil Action No. 2:11-CV-08895-PA (MRWx)<br><br>CLASS ACTION<br><br>**STIPULATION OF DISMISSAL** |

1. WHEREAS, plaintiff Marlene Sway ("Plaintiff") and defendant Benjamin Moore & Co. ("Defendant") have entered into a Settlement Agreement dated January 12, 2012 that resolves the claims in this action (the "Settlement Agreement");

WHEREAS, pursuant to the Settlement Agreement, Plaintiff has agreed to dismiss this action in its entirety, with prejudice;

WHEREAS, the Settlement Agreement also contains a Dispute Resolution clause;

WHEREAS, the Settlement Agreement provides that the United States District Court for the Central District of California will retain personal and subject matter jurisdiction over this matter for the purposes of enforcing the Dispute Resolution clause of the Settlement Agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties as follows:

1. Pursuant to Rule 41(a)(1)(ii), the action shall be dismissed in its entirety with prejudice; and

2. The United States District Court for the Central District of California shall retain personal jurisdiction over the parties and subject matter jurisdiction over this action for the purpose of enforcing the Dispute Resolution clause of the Settlement Agreement.

Dated: January 12, 2012

JEFFREY B. MARGULIES
STEPHANIE A. STROUP
**FULBRIGHT & JAWORSKI L.L.P.**

By _/s/ Jeffrey B. Margulies_
JEFFREY B. MARGULIES
Attorneys for Defendant
BENJAMIN MOORE & CO.

1  Dated: January 12, 2012

ERIC S. SOMERS
HOWARD HIRSCH
**LEXINGTON LAW GROUP**

By _____
ERIC S. SOMERS
HOWARD HIRSCH
Attorneys for Plaintiff
MARLENE SWAY

PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On January 12, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION OF DISMISSAL

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Carl Case Beckwith<br>Beckwith & Wolf LLP<br>1 Closter Commons<br>Suite 181<br>Closter, NJ 07631 | Joseph P. LaSala<br>McElroy Deutsch Mulvaney & Carpener LLP<br>1300 Mount Kimbel Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 12, 2012, at Los Angeles, California.

Betsy Hilliard