JEFFREY B. MARGULIES, BAR NO. 126002
STEPHANIE A. STROUP, BAR NO. 235071
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jmargulies@fulbright.com
sstroup@fulbright.com

Attorneys for Defendant
BENJAMIN MOORE & CO.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE SWAY, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MOORE & CO., a New Jersey Corporation,<br><br>Defendant. | Civil Action No.  2:11-CV-08895-PA (MRWx)<br><br><u>CLASS ACTION</u><br><br>**ORDER RE STIPULATION OF DISMISSAL** |

<u>ORDER</u>

Having considered the foregoing Stipulation of Dismissal, and good cause appearing therefor, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2012

_____
HON. PERCY ANDERSON
U.S. DISTRICT JUDGE